UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOZSEF IMRE and MONIKA IMRE,**

    Plaintiffs,

v.                                                                                    Case No: 8:21-cv-818-MSS-JSS

**ALEJANDRO MAYORKAS and
TRACY RENAUD,**

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon review of the Plaintiff's Notice of Voluntary Dismissal, (Dkt. 9) and pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. The Clerk is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 6th day of August 2021.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party